155 So.2d 607

**David E. SWIFT**

**v.**

**STATE.**

**3 Div. 50.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of David E. Swift for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Swift v. State, 155 So.2d 607.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

157 So.2d 229

**Leon TUCKER**

**v.**

**STATE.**

**3 Div. 115.**

Supreme Court of Alabama.

Oct. 31, 1963.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Leon Tucker, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Tucker v. State, Ala.App., 157 So.2d 229.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.